**No. 65302.**—Guy B. Barham Co. and B. E. Enterprises, Inc., et al. *v.* United States, protests 59/29245, etc. (Los Angeles).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MARCH 16, 1961

**No. 65303.**—Ross Products, Inc. *v.* United States, protests 60/9869 and 60/9868 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise marked "A" consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106) and that the items marked "B" consist of earthenware ashtrays with metal or wire holders and that the issue is the same as that in *James Betesh Import Co.* v. *United States* (40 Cust. Ct. 186, C.D. 1981), the claims of the plaintiff were sustained.

**No. 65304.**—Perry Bayliss Wiley (USA), Inc. *v.* United States, protests 59/26343, 59/26344, and 59/23975 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of bicycle tires the same in all material respects as the automobile tires the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C.D. 1882), the claim of the plaintiff was sustained.